UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS ACEVEDO SOTO,
ALFREDO SANCHEZ-TRUJILLO,
BERNIE VELEZ, MARIO GALAN,
and XAVIER M. OCASIO-
ACEVEDO,

        Plaintiffs,

v.                                    Case No: 6:22-cv-338-WWB-EJK

GREENLEAF LANDSCAPE
MAINTENANCE, INC.,

        Defendant.

## ORDER

    This cause comes before the Court on the Renewed Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (the "Motion"), filed April 28, 2023. (Doc. 48.) On May 3, 2023, the parties consented to a magistrate judge's consideration of this dispositive motion. (Doc. 50.) This Motion was referred by an Order of Reference on May 9, 2023. (Doc. 51.)

    The proposed settlement involves a compromise of Plaintiffs' claims; therefore, the Court must review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dept' of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the settlement agreement, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between the parties represented by competent counsel. *Id.* The Court finds that the agreed-upon fees and costs to be paid to Plaintiffs'

counsel were determined independently, did not affect the payment to Plaintiffs, and otherwise appear to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

Accordingly, it is **ORDERED** that the Renewed Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 48) is **GRANTED**. The settlement agreement is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE